**Order filed January 13, 2022**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-21-00082-CR
_____

## YAHEL ELIYAH MCDANIEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause Nos. 25663, 25665, 25668, 25760, & 25960**

### O R D E R

This appeal has become stalled due to the failure of Appellant's court-appointed counsel, John W. Stickels, to provide the appellate record to Appellant. Stickels filed an *Anders*[1] brief and motion to withdraw after this appeal was reinstated; the appeal had been abated for a hearing due to Stickels's failure to timely file a brief. When Stickels filed his *Anders* brief in this court, he indicated at that

---

[1]*Anders v. California*, 386 U.S. 738 (1967).

time that he had sent a copy of the clerk's record and the reporter's record to Appellant. Appellant, however, filed a pro se motion for access to the appellate record and wishes to exercise his right to review the record prior to filing his pro se response to counsel's *Anders* brief. Consequently, the clerk of this court contacted Stickels to inquire about the matter. Stickels stated that he had not yet sent the record but that he would do so by January 3, 2022, and that he would provide this court with proof of delivery of the appellate record to Appellant. Because this court must ensure that the appellate record is made available to Appellant, we issue this order specifying the procedure to be followed in this case. *See Kelly v. State*, 436 S.W.3d 313, 320–22 (Tex. Crim. App. 2014).

John W. Stickels is directed to provide a copy of the appellate record (both the clerk's record and the reporter's record) to Appellant. The appellate record shall be mailed on, or before January 20, 2022, with a return receipt requested, to Appellant at the following address:

> Yahel Eliyah McDaniel
> TDCJ #02347786
> J. Middleton Unit
> 13055 FM 3522
> Abilene, TX 79601

Stickels is also directed to report to this court in writing—and provide proof—when the appellate record has been made available to Appellant. *See id.* at 321.

PER CURIAM

January 13, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.